[No. 40227-1-II. Division Two. December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD E. YORK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00024-9, Toni A. Sheldon, J., entered December 14, 2009. *Remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 22315-9-III. Division Three. December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH JUSTIN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00203-1, Maryann C. Moreno, J., entered August 19, 2003. *Remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 26627-3-III. Division Three. December 14, 2010.]

KELLY FALCON, *Appellant*, v. SCOTTSDALE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-01529-5, Maryann C. Moreno, J., entered October 31, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28584-7-III. Division Three. December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 09-1-50179-2, Craig J. Matheson, J., entered October 23, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.